UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:12-CR-135-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHERRY RYAN LOCKLEAR | ORDER TO SEAL |

On motion of the Defendant, Sherry Ryan Locklear, and for good cause shown, it is hereby ORDERED that the **[DE32 ]** be sealed until further notice by this Court.

IT IS SO ORDER.

This **24** day of **July, 2013**.

TERRENCE W. BOYLE
United States District Judge