UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:12-CR-135-BO-1

FILED

DEC 1 3 2013

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| SHERRY RYAN LOCKLEAR | |

On motion of the Defendant, Sherry Ryan Locklear, and for good cause shown, it is hereby ORDERED that the **[DE 41]** be sealed until further notice by this Court.

IT IS SO ORDER.

This _12_ day of **December, 2013**.

_____
TERRENCE W. BOYLE
United States District Judge