# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

James L. Corpening, Jr.
Chief U.S. Probation Officer



150 Rowan Street, Suite 110
Fayetteville, NC 28301-5730
910-354-2537
Fax: 910-483-2690

**DATE:** November 7, 2017

**FROM:** Eddie J. Smith
Supervising U.S. Probation Officer

**SUBJECT:** LOCKLEAR, Sherry Ryan
Case No.: 7:12-CR-135-1BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
U.S. District Judge

On February 4, 2014, pursuant to a guilty plea to False Statements to a Firearms Dealer and Conspiracy to Commit Money Laundering, Sherry Ryan Locklear appeared in United States District Court for the Eastern District of North Carolina, and was sentenced to 25 months imprisonment to be followed by 3 years supervised release.

The defendant was released from custody on January 22, 2016, and began supervision in the Eastern District of North Carolina.

She has performed satisfactorily on supervision. She has submitted to DNA testing, all drug screens have been negative, and she has been on low intensity supervision since October 2016. Her term of supervised release is set to expire on January 21, 2019.

The probation office is requesting early termination. The U.S. Attorney's Office has been contacted and have no objection to this recommendation. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____     11-8-17
Terrence W. Boyle            Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.            Crim. No. 7:12-CR-135-1BO

**SHERRY RYAN LOCKLEAR**

On January 22, 2016, the above named was released from prison and commenced a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

> I declare under penalty of perjury that the foregoing is true and correct.
>
> /s/ Eddie J. Smith  
> Eddie J. Smith  
> Supervising U.S. Probation Officer  
> 150 Rowan Street Suite 110  
> Fayetteville, NC 28301  
> Phone: 910-354-2537  
> Executed On: November 7, 2017

### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ____ day of November, 2017.

Terrence W. Boyle  
U.S. District Judge